1

2

3

4                            UNITED STATES DISTRICT COURT

5                           NORTHERN DISTRICT OF CALIFORNIA

6

7     CAMERON STANDLEY,                          Case No.  21-cv-04951-HSG

8                   Plaintiff,                   **ORDER OF DISMISSAL**

9            v.

10    MICHEL KHEM, et al.,

11                  Defendants.

12

13          On June 28, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. §

14    1983.  Dkt. No. 1.  That same day, the Court informed Plaintiff that this action was deficient

15    because he had not signed the complaint as required by Rule 11 of the Federal Rules of Civil

16    Procedure, and because he had neither paid the filing fee nor filed an application to proceed *in*

17    *forma pauperis*.  Dkt. Nos. 5, 6.  Plaintiff was instructed to, within twenty-eight days of the

18    notices, submit a signed complaint on the proper form and either pay the filing fee or file an

19    application to proceed *in forma pauperis*.  Dkt. Nos. 5, 6.  Plaintiff was informed that the failure to

20    comply with these notices would result in dismissal of this action.  Dkt. Nos. 5, 6.  The Court

21    provided Plaintiff with a copy of the unsigned complaint, a blank *in forma pauperis* application,

22    and a post-paid return envelope.  Dkt. Nos. 5, 6.

23          The deadline has passed, and Plaintiff has not submitted a signed complaint on the proper

24    form.  The Court therefore DISMISSES this action without prejudice.  Because this dismissal is

25    without prejudice, Plaintiff may move to reopen the action.  Any such motion must be

26    accompanied by a signed complaint on the proper form, and either the filing fee or an application

27    to proceed *in forma pauperis*.

28    //

United States District Court
Northern District of California

1    The Clerk shall enter judgment and close the file.

2    **IT IS SO ORDERED.**

3    Dated: August 11, 2021

4    _Haywood S. Gilliam, Jr._

5    HAYWOOD S. GILLIAM, JR.
     United States District Judge

United States District Court
Northern District of California